UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

           Plaintiff,

v.                                      Case No. 2:20−cr−20091−SFC
                                           Hon. Sean F. Cox

Favian Anthony Vega,

           Defendant,

## REQUEST FOR TRANSFER OF JURISDICTION

It is hereby requested that the jurisdiction of the probationer or supervised releasee named above be transferred from the Southern District of Texas to the Eastern District of Michigan.

                                           By: s/S Rideaux−Miller
                                                Probation Clerk

Dated:   February 18, 2020